# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GARZA, | CASE NO. 1:12-cv-00776-SMS |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | (Doc. 3) |

By a motion filed May 11, 2012, Plaintiff Jennifer Garza seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   May 17, 2012**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1