# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GARZA, | CASE NO. 1:12-cv-00776-SMS |
| Plaintiff, | |
| v. | ORDER AUTHORIZING SERVICE OF COMPLAINT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

On June 18, 2012, Plaintiff Rosalinda Rangel submitted her second amended complaint in this matter. The Court, having screened the second amended complaint pursuant to 28 U.S.C. § 1915(a), finds that it states a cognizable claim and that service of the complaint upon the Commissioner is now appropriate. Accordingly, the Clerk of Court is hereby directed to issue the summons and scheduling order.

IT IS SO ORDERED.

**Dated:   June 19, 2012**                              **/s/ Sandra M. Snyder**
                                                                          UNITED STATES MAGISTRATE JUDGE