1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   Jennifer Garza
6

7

8  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**
9  **FRESNO DIVISION**

10

11 | JENNIFER GARZA, | ) Case No.: 1:12-CV-776 SMS |
   |---|---|
12 |                 | ) |
   | Plaintiff,      | ) STIPULATION FOR DISMISSAL |
13 |                 | ) |
   | vs.             | ) |
14 | MICHAEL J. ASTRUE, | ) |
   | Commissioner of Social Security, | ) |
15 |                 | ) |
   |                 | ) |
16 | Defendant.      | ) |
17 |                 | ) |

18
       TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE
19
   OF THE DISTRICT COURT:
20
       IT IS HEREBY STIPULATED by and between Jennifer Garza ("Plaintiff")
21
   and Michael J. Astrue as the Commissioner of Social Security
22
   ///
23
   ///
24
   ///
25
   ///
26

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: January 2, 2013   Respectfully submitted,

ROHLFING & KALAGIAN, LLP

   /s/ *Marc V. Kalagian*
BY:_____
Marc V. Kalagian
Attorney for plaintiff Jennifer Garza

DATE: January 2, 2013

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
Assistant United States Attorney

   /s/ *David Lerch*
_____
David Lerch
Special Assistant United States Attorney
Attorneys for Defendant Michael J. Astrue,
Commissioner of Social Security
(Per e-mail authorization)

IT IS SO ORDERED

_____

IT IS SO ORDERED.

Dated:  **January 2, 2013**         **/s/ Sandra M. Snyder**
                         UNITED STATES MAGISTRATE JUDGE

-2-