Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Jennifer Garza

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| JENNIFER GARZA, | Case No.: 1:12-CV-776 SMS |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Jennifer Garza ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: January 2, 2013              Respectfully submitted,

                                           ROHLFING & KALAGIAN, LLP

                                              /s/ *Marc V. Kalagian*
                                           BY:_____
                                           Marc V. Kalagian
                                           Attorney for plaintiff Jennifer Garza

DATE: January 2, 2013

                                           ANDRÉ BIROTTE JR.
                                           United States Attorney
                                           LEON W. WEIDMAN
                                           Chief, Civil Division
                                           Assistant United States Attorney

                                              /s/ *David Lerch*
                                           _____
                                           David Lerch
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant Michael J. Astrue,
                                           Commissioner of Social Security
                                           (Per e-mail authorization)

IT IS SO ORDERED

                                     _____

IT IS SO ORDERED.

   Dated:  **January 2, 2013**                **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE